Susan JENSEN, Petitioner

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (PLEASANT VAL-
LEY MANOR AND PMA MANAGE-
MENT CORPORATION), Respon-
dents

No. 860 MAL 2016

Supreme Court of Pennsylvania.

May 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of May, 2017,
the Petition for Allowance of Appeal is
DENIED.

James P. WEAVER, Jr., Respondent

v.

Amy Neal HUSS, Petitioner

No. 475 WAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017,
the Petition for Allowance of Appeal is
DENIED.

Jessica Lynn RAKER, Respondent

v.

ANNA'S BAR–B–Q PIT, LTD., Grecian
Terrace, Ltd., Hippocrates Deligian-
nis, Anna Deligiannis, Eleni Deligian-
nis, and Georgine Deligiannis, aka
Georgine Zdravecki, Petitioners

No. 812 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017,
the Petition for Allowance of Appeal is
DENIED.